JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN R. SCARFF, | ) NO. ED CV 17-1961-AB(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| M. SPEARMAN (Warden), | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 5, 2018

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE